1

2

3

4

5 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7 PATRICIA E. McNARY,

8                              Plaintiff,     NO:  4:15-CV-5119-RMP

9          v.                                 ORDER OF DISMISSAL WITH
                                              PREJUDICE
10 CH2M HILL PLATEAU
REMEDIATION COMPANY,
11 Government Contractor,

12                              Defendant.

13

14        **BEFORE** the Court is the parties' Stipulation of Dismissal with Prejudice,

15 ECF No. 13.  Having reviewed the Stipulation and the file and pleadings therein,

16 the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY**

17 **ORDERED:**

18        1.  The Stipulation of Dismissal with Prejudice, **ECF No. 13**, is

19              **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and

20              without costs to any party pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

21        2.  All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 28th day of April 2016.


_____s/ Rosanna Malouf Peterson_____
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2